UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EAST/WEST PARTNERSHIP ADVISORS, INC., et al.,

    Plaintiffs,

    v.

DONALD ENGLE, et al.,

    Defendants.
_____

AND RELATED COUNTERCLAIM
_____/

No. C 09-0015 PJH

**ORDER REMANDING CASE**

Removing defendants having failed to establish subject matter jurisdiction, the above-entitled action is REMANDED to the Superior Court of California, County of Alameda.

**IT IS SO ORDERED.**

Dated: March 16, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge